\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Thomas Owen Mustric, et al.,

      vs             Case No. 2:18-cv-1279

Huntington National Bank, et al.,     **Judge Smith**
                                                **Magistrate Judge Vascura**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that pursuant to the April 3, 2019 OPINION AND ORDER this action is hereby DISMISSED.

Date:  **April 3, 2019**                      **Richard W. Nagel, Clerk**

                                                   s/ Spencer D Harris
                                                By Spencer D. Harris /Deputy Clerk